[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-2096

BOBBIE MAYS,

Plaintiff, Appellant,

v.

NEW ENGLAND BAPTIST HOSPITAL,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nancy Gertner, U.S. District Judge]

---

Before

Torruella, Circuit Judge,
Bownes, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

Bobbie Mays on brief pro se.
Nicholas DiGiovanni, Jr., Jaclyn L. Kugell, Maura D. McLaughlin, and Morgan, Brown & Joy, LLP on brief for appellee.

---

June 26, 2001

---

**Per Curiam**.   Upon <u>de</u> <u>novo</u> review of the judgment below in light of the record and the parties' arguments on appeal, we <u>affirm</u> substantially for the reasons stated in the district court's thorough and well-reasoned memorandum and order granting summary judgment to the defendant.

<u>Affirmed</u>.   <u>See</u> Loc. R. 27(c).